Ronald J. Dreher, Esq.
Nevada Bar No. 15726
DREHER LAW
P.O. Box 6494
Reno, NV 89513
775-846-9804
ron@dreherlaw.net
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JERRY NAJERA, | Case No.: 3:25-cv-00367-CSD |
| Plaintiff, | **ORDER APPROVING STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |
| vs. | |
| STOREY COUNTY, and MICHAEL S. CULLEN, an individual, BRANDIE LOPEZ, an individual, and DOES I-X, | |
| Defendants. _____/ | |

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, JERRY NAJERA, by and through his undersigned counsel, and the Defendants STOREY COUNTY, MICHAEL CULLEN and BRANDIE LOPEZ, by and through their undersigned counsel, that the parties stipulate as follows:

1. That the Case Management Conference currently set for November 18, 2025, at 9:00 a.m. be cancelled.

2. That the Case Management Conference be rescheduled to November 24, 2025, at 9:00 a.m.

/ / /

/ / /

/ / /

/ / /

1

This Stipulation is entered into between the parties for good cause and to permit the parties to attend the required conference if deemed necessary.

IT IS SO STIPULATED.

Dated:  October 20, 2025
**DREHER LAW**

By: ___/s/ Ronald J. Dreher_____
RONALD J. DREHER, ESQ.
P.O. Box 6494
Reno, Nevada 89513
Tel: (775) 846-9804
Email: ron@dreherlaw.net
*Attorney for Plaintiff*

Dated:  October 20, 2025
**THORNDAL ARMSTRONG PC**

By: _/s/ Katherine Parks_____
KATHERINE PARKS, ESQ.
6590 S. McCarran Blvd., Suite B
Reno, NV 89509
Tel: (775) 786-2822
*Attorney for Defendants*

**ORDER**

The parties' Stipulation to Reschedule Case Management Conference/Errata (ECF Nos. 14 & 15) is granted. The Case Management Conference set for Tuesday, November 18, 2025, at 9:00 a.m. is vacated and continued to Monday, November 24, 2025, at 10:00 a.m. in Courtroom 2. All deadlines in the Court's Order setting Case Management Conference (ECF No. 13) remain in effect.

**IT IS SO ORDERED:**

DATED this 21st day of October 2025.

_____
UNITED STATES MAGISTRATE JUDGE

2